# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0311

_____

JAMES WIDNER,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 21, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Widner, pro se, Petitioner.

Kenneth S. Steely, General Counsel; Eric Salvatore Giunta and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.